**W. S. ANDERSON et al., Plaintiffs in Error, v. Ejner MADSEN.**

Circuit Court of Appeals, Eighth Circuit.
July 2, 1927.

No. 7843.

In Error to the District Court of the United States for the Eastern District of Missouri.

Frank H. Sullivan, Ralph T. Finley, and Sid C. Roach, all of St. Louis, Mo., for plaintiffs in error.

A. A. Alexander and Charles E. Morrow, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed at costs of plaintiff in error, per stipulation of parties.

2

**ARMOUR & CO. et al., Plaintiffs in Error, v. AMERICAN SURETY COMPANY OF NEW YORK.**

Circuit Court of Appeals, Eighth Circuit.
September 5, 1927.

No. 7809.

In Error to the District Court of the United States for the District of Wyoming.

A. C. Allen, of Riverton, Wyo., Joseph C. O'Mahoney, of Cheyenne, Wyo., and M. C. Burk, of Riverton, Wyo., for plaintiffs in error.

Roderick N. Matson and Clarence A. Swainson, both of Cheyenne, Wyo., for defendant in error.

PER CURIAM. Motion of plaintiffs in error for continuance denied, and writ of error dismissed on motion of defendant in error, under rules 23 and 24.

3

**Cin BEARSE, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
May 9, 1927.

No. 7510.

In Error to the District Court of the United States for the District of Minnesota.

John Lee Webster, of Omaha, Neb., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error under rule 24.

4

**Ralph W. BEERS, Appellant, v. F. E. HRONEK, as Trustee, etc.**

Circuit Court of Appeals, Eighth Circuit.
February 24, 1927.

No. 7764.

Appeal from the District Court of the United States for the Northern District of Iowa.

Clarence M. Hanson, of Ft. Dodge, Iowa, and T. F. Lynch, of Pocahontas, Iowa, for appellant.

Robert Healy and Maurice Breen, both of Ft. Dodge, Iowa, for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, per stipulation of parties.

5

**W. I. BIDDLE, Warden, etc., Appellant, v. Vuco PEROVICH.**

Circuit Court of Appeals, Eighth Circuit.
August 30, 1927.

No. 7410.

Appeal from the District Court of the United States for the District of Kansas.

Reversing judgment 9 F.(2d) 124. See, also, 274 U. S. 480, 47 Sup. Ct. 664, 71 L. Ed. ——.

Al F. Williams, U. S. Atty., of Topeka, Kan., for appellant.

George T. McDermott, of Topeka, Kan., for appellee.

PER CURIAM. Reversed, without costs to either party in this court, and remanded, with directions to dismiss writ of habeas corpus, without prejudice, per stipulation of parties.